# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR PADILLA,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　　Defendants. | Case No.: 17-CV-1182 W (NLS)<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT [DOC. 4]** |

　　　　On September 29, 2017, Defendant filed a motion to dismiss. [Doc. 4.] 19 days later, on October 18, 2017, Plaintiffs filed a First Amended Complaint ("FAC"). [Doc. 5.]

　　　　A party may amend a complaint within 21 days of service of a responsive pleading. See Fed. R. Civ. P. 15(a)(1)(B). "It is well-established in our circuit that an 'amended complaint supersedes the original, the latter being treated thereafter as non-existent.' " Ramirez v. Cty. of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015) (quoting Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997)). Accordingly, when a plaintiff timely amends, the original complaint ceases to exist, and any pending motions to dismiss it are moot. See id.

//
//

1

In light of the filing of the FAC, the Court denies Defendants' motion [Doc. 4] as moot.

**IT IS SO ORDERED.**

Dated: December 1, 2017

_____
Hon. Thomas J. Whelan
United States District Judge